# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WISE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC., <br><br> and <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> and <br><br> TEAMSTERS LOCAL 776, <br><br> Defendants. | CIVIL ACTION NO.: 18-01989 |

## MOTION TO DISMISS COUNT III PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)6) ON BEHALF OF DEFENDANT, UNITED PARCEL SERVICE, INC.

Defendant United Parcel Services, Inc. (hereinafter "UPS" or "Moving Defendant"), through its undersigned counsel, hereby files this Motion to Dismiss Count III of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant incorporates by reference the arguments set forth in the

1

accompanying memorandum.

>Respectfully submitted,
>
>**JACKSON LEWIS P.C.**
>
>*s/Eileen K. Keefe*
>Gary M. Tocci, Esquire
>(PA No.: 51537)
>Eileen K. Keefe, Esquire
>(PA No.: 93194)
>Jackson Lewis P.C.
>Three Parkway
>1601 Cherry Street, Suite 135
>Philadelphia, PA 19102-1317
>Telephone: (267) 319-7802
>Facsimile: (215) 399-2249
>ATTORNEYS FOR DEFENDANTS

Date: January 2, 2019

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Dismiss Count III Pursuant to Federal Rule of Civil Procedure 12(B)6) on Behalf of Defendant, United Parcel Service, Inc.* was served via the Court's ECF System, this 2nd day of January, 2019, upon the following Counsel of record:

| | |
|---|---|
| Gerald S. Robinson, Esquire<br>**Robinson & Geraldo**<br>4407 N. Front Street<br>Harrisburg, PA 17110<br><br>*Attorneys for Plaintiff* | Thomas H. Kohn, Esquire<br>**Markowitz & Richman**<br>123 South Broad Street<br>Suite 2020<br>Philadelphia, PA 19109<br><br>*Attorneys for Defendant, International Brotherhood of Teamsters* |

**JACKSON LEWIS P.C.**

*s/Eileen K. Keefe*
Eileen K. Keefe (PA#93194)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(267) 319-7802
(215) 399-2249 – Facsimile
eileen.keefe@jacksonlewis.com