IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WISE, | : Civil No. 1:18-cv-01989-SHR |
| **Plaintiff,** | : |
| v. | : |
| UNITED PARCEL SERVICE, INC.; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; and TEAMSTERS LOCAL 776, | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) United Parcel Service, Inc.'s motion to dismiss (Doc. 10) is **GRANTED**. Count III of the Complaint is **DISMISSED WITH PREJUDICE**.

2) Teamsters Local 776's motion to dismiss (Doc. 13) is **GRANTED**. All claims against Teamsters Local 776 are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall terminate Teamsters Local 776 as a party to this action.

3) All claims against International Brotherhood of Teamsters are *sua sponte* **DISMISSED** from this action. The Clerk of Court shall terminate International Brotherhood of Teamsters from this action.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: April 29, 2019